UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

CHAD EARL WATTS,

    Petitioner,

vs.

JEFFREY BEARD,

    Respondent.

No. C 14-4817 NJV (PR)

**ORDER OF TRANSFER**

This is a habeas case filed pro se by a state prisoner. Petitioner seeks to challenge a conviction obtained in the San Joaquin County Superior Court. San Joaquin County is in the venue of the United States District Court for the Eastern District of California. Petitioner is incarcerated San Luis Obispo, CA, in the Central District of California.

Venue for a habeas action is proper in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d); this district is neither. Because petitions challenging a conviction are preferably heard in the district of conviction, Habeas L.R. 2254-3(a); *Laue v. Nelson*, 279 F. Supp. 265, 266 (N.D. Cal. 1968), and petitioner was convicted and in the Eastern District, this case is **TRANSFERRED** to the United States District Court for the Eastern District of California. *See* 28 U.S.C. § 1406(a); Habeas L.R. 2254-3(b).

**IT IS SO ORDERED.**

Dated: December 4, 2014.

NANDOR J. VADAS
United States Magistrate Judge

G:\PRO-SE\NJV\HC.14\Watts4817.trn.wpd

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| CHAD EARL WATTS,<br><br>　　　　Petitioner,<br><br>v.<br><br>JEFFREY BEARD,<br><br>　　　　Respondent. | No.1:14-CV-4817 NJV<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that on December 4, 2014, I served a true and correct copy of the attached by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Chad Earl Watts
A-M1415, 5299
California Men's Colony
P.O. Box 8101
San Louis Obispo, CA 93409-8101

　　　　　　　　　　　　/s/   *Linn Van Meter*
　　　　　　　　　　　　Linn Van Meter
　　　　　　　　　　Administrative Law Clerk to the
　　　　　　　　　　　Honorable Nandor J. Vadas